United States District Court
Middle District of Florida
Jacksonville Division

**TIMOTHY J. MCILWAIN,**

    *Plaintiff,*

v.                                                                    **NO. 3:25-cv-1610-BJD-PDB**

**KELLI R. MARVIN,**

    *Defendant.*

---

## Order

The court ordered the plaintiff to file, by April 2, 2026, a disclosure statement as required by Local Rule 3.03. Doc. 11. After receiving no timely disclosure statement, the court ordered him to file a disclosure statement using the form required by Local Rule 3.03 and show cause why sanctions should not be imposed for failure to comply with the order. Doc. 16.

Considering the filing of disclosure statements, Docs. 18, 19, and that the disclosure statement filed on April 21, 2026, is postmarked March 31, 2026, *see* Doc. 19-1 at 1, the court **discharges** the order to show cause, Doc. 16.

**Ordered** in Jacksonville, Florida, on April 24, 2026.

Patricia D. Barksdale
United States Magistrate Judge

c:    Timothy J. McIlwain
       2312 New Road
       Northfield, NJ 08225